BLANK ROME, LLP, Appellant, and Third-Party Plaintiff-Appellant, v KARL M. PARRISH, Respondent. BOUCHARD MARGULES & FRIEDLANDER, P.A., et al., Third-Party Defendants-Respondents. [936 NYS2d 893]—

Defendant agreed in the so-ordered stipulation that "any attorney-client privilege applicable to his communications with attorneys representing him is waived for the purposes of this action." By this clear and express provision, defendant waived his attorney-client privilege with respect to the privileged documents produced by Storch Amini to the extent the documents involve matters relevant to the claims and defenses in this action (*see DLJ Mtge. Capital Corp., Inc. v Fairmont Funding, Ltd.*, 81 AD3d 563, [2011]; *Vermont Teddy Bear Co. v 538 Madison Realty Co.*, 1 NY3d 470, 475 [2004]; *Koren-DiResta Constr. Co. v New York City School Constr. Auth.*, 293 AD2d 189, 195 [2002]). Concur—Tom, J.P., Sweeny, DeGrasse, Abdus-Salaam and Manzanet-Daniels, JJ.